IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JORGE E. TSUHAKO, <br><br> Defendant. | 4:15-CR-3027 <br><br> FINAL ORDER OF FORFEITURE |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 283).

On October 28, 2015, the Court entered a Preliminary Order of Forfeiture (filing 185) pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), based upon the defendant's plea of guilty to conspiring to use unauthorized access devices, with intent to defraud, during a 1-year period, and by such conduct obtaining something of value aggregating $1,000 or more, in violation of 18 U.S.C. § 1029(a)(2) and (b)(2), and his admission of the forfeiture allegation contained in the indictment. Filings 161 and 172. By way of the Preliminary Order of Forfeiture, the defendant's interest was forfeited in (1) a White 2002 Ford F250 Super Duty pick up, VIN # 1FTNF12EC88010, Nebraska license # TVC324, registered to Jorge Aleman Tsuhako, 4228 Harrison St., Omaha, NE; and (2) a White H & H utility trailer, model 4WH TC 16 2, VIN # 533TC1621EC232807, Nebraska license # 22X-4679, registered to Jorge Aleman Tsuhako, 407 E. 13th St., Crete, NE. Filing 185.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on November 28, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 282) was filed on February 8, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 283) is granted.

2. All right, title, and interest in and to (1) the White 2002 Ford F250 Super Duty pick up, VIN # 1FTNF12EC88010, Nebraska license # TVC324, registered to Jorge Aleman Tsuhako, 4228 Harrison St., Omaha, NE; and (2) the White H & H utility trailer, model 4WH TC 16 2, VIN # 533TC1621EC232807, Nebraska license # 22X-4679, registered to Jorge Aleman Tsuhako, 407 E. 13th St., Crete, NE.; held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 8th day of February, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge