IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15-CR-3027 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| JORGE E. TSUHAKO, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Partially Vacate Forfeiture Orders (filing 294). The Court will grant the motion.

The Court previously entered a Preliminary Order of Forfeiture (filing 185) and a Final Order of Forfeiture (filing 284) directing the forfeiture of, among other things, "a White 2002 Ford F250 Super Duty pick up, VIN # 1FTNF12EC88010, Nebraska license # TVC324, registered to Jorge Aleman Tsuhako, 4228 Harrison St., Omaha, NE." The plaintiff now represents that the Indictment, and as a result the Court's previous orders, did not accurately identify the truck. Filing 294. Accordingly, the plaintiff has elected to return the truck to the defendant. Filing 294.

The plaintiff represents that the defective description of the truck prevents it from appropriately disposing of the truck. Filing 294. Accordingly, the Court will grant the plaintiff's request to facilitate return of the truck to the defendant by vacating the provisions of the Court's previous orders with respect to the truck.

IT IS ORDERED:

1. The plaintiff's Motion to Partially Vacate Forfeiture Orders (filing 294) is granted.

2. That part of the Court's Preliminary Order of Forfeiture (filing 185) forfeiting the defendant's interest in the White 2002 Ford F250 Super Duty truck is vacated.

3. That part of the Court's Final Order of Forfeiture (filing 284) forfeiting the White 2002 Ford F250 Super Duty truck to the plaintiff is vacated.

4. The plaintiff is directed to deliver the White 2002 Ford F250 Super Duty truck to the defendant, or his designee, without cost to the recipient.

5. All other portions of the Court's Preliminary Order of Forfeiture (filing 185) and Final Order of Forfeiture (filing 284) remain in full force and effect.

Dated this 21st day of March, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge